RECEIVED
IN LAKE CHARLES, LA
OCT 27 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CHARLES A. TREECE** | **CIVIL ACTION NO. 04-1420** |
| **VS.** | **SECTION P** |
| **TERRY TERRELL, WARDEN** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 27 day of October, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE